**Order entered June 6, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00662-CR
## No. 05-21-00663-CR

### PHILLIP LYNN SCHWARTZKOPF, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause Nos. 001-86990-2020 & 001-86991-2020**

### ORDER

We **REINSTATE** these appeals.

We granted retained appellate counsel's motion to abate in which she stated she had thoroughly reviewed the records in these appeals and researched potential issues but was unable to identify any viable issues. Knowing she could not file an *Anders* brief, she asked for a fourteen-day abatement to allow appellant time to decide how he wished to proceed with these appeals. Now before the Court is retained counsel's May 31, 2022 motion to withdraw in which she states she

communicated with appellant about his options and asked him to let her know by May 16, 2022 how he wished to proceed; according to counsel, to date, appellant has not communicated with her about these appeals.

We **GRANT** the motion to withdraw. We **DIRECT** the Clerk of the Court to remove Kristin R. Brown as appellant's counsel.

The clerk's record does not indicate appellant was declared to be indigent. Until such time as another attorney makes an appearance on appellant's behalf, future correspondence shall be sent to Phillip Lynn Schwartzkopf; 8025 Ohio Drive, Apt. 7103; Plano, Texas 75024.

We **EXTEND** the time to file appellant's brief to **July 11, 2022**. In the event appellant fails to file a brief by the extended due date, the Court may submit this case without briefing. *See* TEX. R. APP. P. 31.1(b). In the event appellant files a brief, the State's brief will be due on or before **August 12, 2022**.

We **DIRECT** the Clerk to transmit copies of this order to the Honorable Corinne Mason, Presiding Judge, County Criminal Court No. 1; Kristin R. Brown, withdrawing counsel; Greg Willis, district attorney; and Phillip Lynn Schwartzkopf, pro se appellant.

/s/     ERIN A. NOWELL
        JUSTICE